Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. |
| | ) |
| Plaintiff, | ) **COUNT 1:** |
| | ) **CONCEALMENT OF** |
| vs. | ) **MERCHANDISE** |
| | ) |
| LISA A. BILLER, | ) Violation of 18 U.S.C. 13(a); 18 |
| | ) U.S.C. 7(3); AS 11.46.220. |
| Defendant. | ) |
| | ) |
| _____ | ) |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

That on or about May 13, 2006, at or near Elmendorf Air Force Base, Alaska, in the District of Alaska, the defendant, LISA A. BILLER, did, without authority, commit a Class A Misdemeanor by knowingly concealing on or about

1

her person the merchandise of the Army and Air Force Exchange Service (AAFES), a commercial establishment, which she did not purchase, while still upon the premises of the commercial establishment, with intent to deprive the owner of the merchandise or with intent to appropriate the merchandise, in violation of 18 U.S.C. 13(a), 18 U.S.C. 7(3), and Alaska Stat. 11.46.220.

DATED this 30th day of May, 2006, in Anchorage, Alaska.

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

**CERTIFICATE OF SERVICE:** I hereby certify that a true and correct copy of the foregoing has been furnished via 1st Class U.S. Mail this 30th day of May 2006 to Lisa A. Biller at 16626 Riddell Circle, Eagle River, AK 99577.

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney