Capt Peter S. Kezar
SPECIAL ASSISTANT UNITED STATES ATTORNEY
3 WG/JA
8517 20th Street, Suite 330
Elmendorf AFB, Alaska 99506
(907) 552-3048

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-50 |
| Plaintiff, | ) |
| vs. | ) **EX PARTE NOTICE OF** |
| | ) **POSSIBLE FUTURE REQUEST** |
| | ) **TO WAIVE PRE-SENTENCING** |
| LISA A. BILLER, | ) **REPORT** |
| Defendant. | ) |

**EX PARTE NOTICE OF POSSIBLE FUTURE REQUEST TO**

**WAIVE PRE-SENTENCING REPORT**

The United States Attorney gives notice to this Honorable Court that the Government will request the Court at arraignment to waive the defendant's pre-sentencing report in the event the defendant elects to plead guilty. Since the defendant and her active duty husband will be relocating soon to North Carolina

1

per official military orders, and since the defendant will be unable to attend any future sentencing hearing barring bail that prohibits traveling outside the state of Alaska, the Government will ask the court to conduct sentencing immediately after accepting the defendant's plea of guilty (as part of one court appearance on the same day), provided the defendant pleads as such.

The United States Attorney has discussed this matter with the defendant and has advised her of her right to an attorney, as well as her right to a court-appointed attorney if she cannot afford one. The United States Attorney has also spoken with pretrial services and understands that pretrial services is prepared to transfer any post-sentencing responsibilities to the pretrial services office in North Carolina closest to the defendant for purposes of maintaining continued communications with the defendant in the event the defendant pleads guilty and the court waives the pre-sentencing report as requested.

This notice serves to advise the Court of this potential motion at arraignment.

DATED this 14th day of June, 2006, in Anchorage, Alaska.

*[signature]*

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney