IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA            )
                                    )
            Plaintiff,              )
                                    )  Case No. 3:06-cr-00050-JDR
        vs.                         )
                                    )
Lisa A. Biller                      )
                                    )  WAIVER OF RIGHT TO HAVE
                                    )  ATTORNEY APPOINTED
            Defendant.              )

I, the undersigned, hereby acknowledge and state as follows:

I have been informed of the charges and proceedings against me. They have been explained to me by the Court, and I fully understand the nature and substance of these charges and proceedings.

My rights to an attorney to represent me as provided by the Constitution of the United States, Rule 44 of the Federal Rules of Criminal Procedure, and the Criminal Justice Act of 1964 have been explained to me and I fully understand them. It has been explained to me that I may hire any attorney of my choosing if I seek and pay for his/her services myself. It has also been explained to me that pursuant to the Constitution of the United States, Rule 44 of the Federal Rules of Criminal Procedure, and the Criminal Justice Act of 1964, that if I am unable to pay for the services of an attorney and so swear or affirm to the satisfaction of the Court, that the court will appoint and pay an attorney to advise and to represent me at every stage of the proceedings against me.

I do hereby, in open court, elect to proceed without an attorney and hereby voluntarily waive and relinquish my rights to be represented by an attorney.

DATED this 6 day of July, 2006 at Alaska, Alaska.

REDACTED SIGNATURE

Witness - Clerk

Lisa A. Biller
Defendant

12/99