MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs LISA A. BILLER            CASE NO. 3:06-cr-00050-JDR
Defendant: _X_ Present _X_ On Summons

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES ATTORNEY:          PETER KEZAR

DEFENDANT'S ATTORNEY:          PRO PER

U.S.P.O.:               PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON MISDEMEANOR INFORMATION
          HELD JULY 6, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:32 a.m. court convened.

_X_ Copy of Information given to defendant: read.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant sworn.

_X_ Defendant stated true name: Same as above.      Age: 34

_X_ Waiver of Right to Have Attorney Appointed **FILED.**

_X_ PLEAS: Guilty to count 1 of the Information.

_X_ Court accepted pleas.

_X_ Defendant waived preparation of Presentence Report.

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED**.

_X_ Notice of Appeal form given to defendant.

_X_ Sentence imposed as stated in the judgment.

_X_ OTHER: Court and counsel heard re plea agreement. Allocution
heard. Appeal rights given.

At 10:16 a.m. court adjourned.


DATE:     July 6, 2006          DEPUTY CLERK'S INITIALS:    ak